UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD CHARLES MAILE,

       Petitioner,

                                  CASE NO. 04-CV-74806-DT
v.                                    HONORABLE ARTHUR J. TARNOW

BLAINE LAFLER,

       Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Arthur J. Tarnow, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

                                    s/Arthur J. Tarnow
                                    Arthur J. Tarnow
                                    United States District Judge

Dated: January 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 30, 2006, by electronic and/or ordinary mail.

                                    s/Catherine A. Pickles
                                    Judicial Secretary